UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
VINCENZO LOPES and BARBARA CARRARO-JULES,

                Plaintiffs,                     22 **CIVIL** 8271 (LTS)

       -against-                            **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 27, 2024, Defendants motion to dismiss Count One of the Complaint is granted, Plaintiffs' request to supplement their Complaint is denied, and the Court declines to exercise supplemental jurisdiction of Plaintiffs' non-federal claims. Accordingly, the case is closed.

**Dated:** New York, New York

      August 27, 2024

                                                 **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                         **BY:**      _____
                                                 **Deputy Clerk**